**P.L. THOMAS PAPER CO., INC., Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

**No. 04–1382.**

United States Court of Appeals, Federal Circuit.

July 30, 2004.

David C. Williams, Principal Attorney, Cortlandt Manor, NY, for Plaintiff–Appellant.

Mikki Graves Walser, Principal Attorney, Department of Justice, New York, NY, Sheryl A. French, U.S. Customs Service, Barbara Silver Williams, Department of Justice, of Counsel, New York, NY, David M. Cohen, of Counsel, Washington, DC, for Defendant–Appellee.

* We assume that NTN Corporation intends to withdraw its brief. If that is not its intent, it

**ORDER**

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.